IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE BEN LUNA,

     Plaintiff,

v.                                       Case No. 2:25-cv-00133-KWR-LF

WEXFORD HEALTH SOURCES, INC.
et al.,

     Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*.  Federal Rule of Civil Procedure 4(m)

provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court—
> on motion or on its own after notice to the plaintiff—must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time.

Plaintiff served defendant Wexford Health Sources, Inc. ("Wexford") with his Complaint

on January 10, 2025.  Doc. 1 at 1.  Wexford removed this action to this Court from the Third

Judicial District, County of Doña Ana, State of New Mexico on February 7, 2025.  Doc. 1 at 1.

> In all cases removed from any State court to any district court of the United States
> in which any one or more of the defendants has not been served with process or in
> which the service has not been perfected prior to removal, or in which process
> served proves to be defective, such process or service may be completed or new
> process issued in the same manner as in cases originally filed in such district
> court.

28 U.S.C. § 1448.  Accordingly, plaintiff Jesse Luna had through May 8, 2025, to serve the other

defendants.  The record does not show that summonses were issued or served, and no proof

service has been filed as to all defendants other than Wexford (defendants Dr. Jose Andrade-

Barazza, LNP Lilian A Klinger, RNP David Saavedra, Dr. Zhu, J. Sigala, Hernia Mesh

Manufacturer, Dr. Dieter Dennig, Alisha Tafoya Lucero, Warden Mike De La Torre, Warden

Lazarin, and New Mexico Department of Corrections).  Mr. Luna has not shown good cause for the failure to serve those defendants.  *See* Fed. R. Civ. P. 4(m).

IT IS THEREFORE ORDERED that to avoid dismissal of this action against all defendants other than Wexford, Mr. Luna must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before Monday, December 08, 2025.


_____
Laura Fashing
United States Magistrate Judge