IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE BEN LUNA,

      Plaintiff,

v.                                    Case No. 2:25-cv-00133-KWR-LF

WEXFORD HEALTH SOURCES, INC.
et al.

**ORDER REQUESTING WAIVER OF SERVICE AND**
**FOR PLAINTIFF TO PROVIDE ADDRESSES FOR DEFENDANTS**

THIS MATTER is before the Court sua sponte, or on its own accord. Plaintiff Jesse Luna

commenced this action in New Mexico state court, and defendant Wexford Health Sources, Inc.

("Wexford") removed the case to this Court on February 7, 2025. Doc. 1 at 1. Plaintiff served

Wexford with his complaint on January 10, 2025, but has not yet served the remaining

defendants. Because Mr. Luna is proceeding in this matter in forma pauperis, the Court will

serve the remaining defendants. Doc. 16 at 2. The Court ordered Mr. Luna to provide the

addresses of the remaining defendants, *id.*, and Mr. Luna filed a document with some, but not all,

of the requested addresses, *see* Doc. 20.

Mr. Luna provided addresses for Dr. Jose Andrade Brazza, Warden Carlos Lazarin, RNP

David Saavedra, J. Sigala, Alisha Tafoya Luccro, and New Mexico Department of Corrections.

Doc. 20 at 1. However, Mr. Luna did not provide addresses for defendants LNP Klinger, Dr.

Zhu, Dr. Dieter Dennig, Warden Mike De La Torre, and Hernia Mesh Manufacturer. Mr. Luna

shall have until **February 20, 2026**, to provide the Court with the addresses for those defendants.

Failure to provide addresses for these defendants by the deadline may result in dismissal of this

action against them.

The Clerk of the Court is ordered to notify defendants Dr. Jose Andrade-Barazza, RNP David Saavedra, J. Sigala, Alisha Tafoya Lucero, Warden Lazarin, and New Mexico Department of Corrections that an action has been commenced against them and request that they each waive service pursuant to Federal Rule of Civil Procedure 4(d).  The notice shall include a copy of this order, a waiver of service form, and the Notice of Removal (Doc. 1) and its attached exhibits (Doc. 1-1; Doc. 1-2; Doc. 1-3; Doc. 1-4; Doc. 1-5; Doc. 1-6).  The Clerk of the Court will mail these documents to the defendants at the following addresses:

> Dr. Jose Andrade-Barazza
> Southern New Mexico Correctional Facility
> 1983 Joe R. Silva Boulevard,
> Las Cruces, New Mexico 88004
>
> J. Sigala
> Southern New Mexico Correctional Facility
> 1983 Joe R. Silva Boulevard,
> Las Cruces, New Mexico 88004
>
> RNP Saavedra
> Southern New Mexico Correctional Facility
> 1983 Joe R. Silva Boulevard,
> Las Cruces, New Mexico 88004
>
> D.W. Carlos Lazarin
> Southern New Mexico Correctional Facility
> 1983 Joe R. Silva Boulevard,
> Las Cruces, New Mexico 88004
>
> Alisha Tafoya Lucero
> Office of the Secretary
> New Mexico Corrections Department
> P.O. Box 27116,
> Santa Fe, New Mexico 87502-0116

New Mexico Corrections Department
Office of the Secretary
New Mexico Corrections Department
P.O. Box 27116,
Santa Fe, New Mexico 87502-0116

If the above defendants have not returned the waiver of service forms within 45 days

after they are mailed, then the Court will serve a copy of the summons and Notice of Removal on

the defendants.

In summary:

1.  Mr. Luna shall provide addresses for defendants LNP Lilian A. Klinger, Dr. Zhu, Dr.
    Dieter Dennig, Warden Mike De La Torre, and Hernia Mesh Manufacturer no later
    than February 20, 2026.

2.  The Clerk of the Court is directed to mail a copy of this order, a waiver of service
    form, and the Notice of Removal (Doc. 1) and its attached exhibits (Doc. 1-1; Doc. 1-
    2; Doc. 1-3; Doc. 1-4; Doc. 1-5; Doc. 1-6) to Dr. Jose Andrade Barazza, J. Sigala,
    RNP Saavedra, D.W. Carlos Lazarin, Alisha Tafoya Lucero, and New Mexico
    Corrections Department at the addresses provided above.

IT IS SO ORDERED.

Laura Fashing
United States Magistrate Judge