IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE BEN LUNA,

      Plaintiff,

v.                                  Case No. 2:25-cv-00133-KWR-LF

WEXFORD HEALTH SOURCES, INC.
et al.

## **ORDER**

THIS MATTER is before the Court sua sponte, or on its own accord. Plaintiff Jesse Luna commenced this action in New Mexico state court, and defendant Wexford Health Solutions, Inc. ("Wexford") removed the case to this Court on February 7, 2025. Doc. 1 at 1. On January 21, 2026, the Court ordered Mr. Luna to provide addresses for defendants LNP Lilian A. Klinger, Dr. Zhu, Dr. Dieter Dennig, Warden Mike De La Torre, and Hernia Mesh Manufacturer no later than February 20, 2026. Doc. 23 at 3. Warden De La Torre entered an appearance on February 3, 2026. *See* Doc. 27. On February 5, 2026, Mr. Luna filed a notice with addresses for defendants Dr. Zhu, Mike De La Torre, and Dr. Dieter Dennig. Doc. 28 at 1. The notice did not include the addresses of defendants LNP Klinger and Hernia Mesh Manufacturer. However, Mr. Luna stated that "a release of medical records was requested and Wexford Health Solutions Inc. should be providing the name and address of the manufacturer of the hernia mesh." *Id.* at 3.

The Clerk of the Court is ordered to notify defendants Dr. Zhu and Dr. Dieter Dennig that an action has been commenced against them and request that they each waive service pursuant to Federal Rule of Civil Procedure 4(d). The notice shall include a copy of this order, a waiver of service form, and the Notice of Removal (Doc. 1) and its attached exhibits (Doc. 1-1; Doc. 1-2;

Doc. 1-3; Doc. 1-4; Doc. 1-5; Doc. 1-6).  The Clerk shall mail these documents to the following addresses:

> Dr. J. Zhu
> UNMH General Surgery
> 2211 Lomas Blvd.
> Albuquerque, NM 87106
>
> Dr. Dieter Dennig
> W.N.M.C.F.
> P.O. Drawer 250
> Grants, NM 87020

The Court will permit Mr. Luna a final opportunity to provide an address for defendant LNP Klinger.  *See Heuser v. Wood*, 1:99-cv-00884-JP-LFG, 2000 WL 36739825, at *8 (D.N.M. June 6, 2000) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)) ("Pro se litigants are entitled to a measure of leniency.").  Mr. Luna shall provide LNP Klinger's address no later than March 16, 2026.

Finally, Mr. Luna has not provided an address for Hernia Mesh Manufacturer, but it appears this is because he does not know its identity.  Mr. Luna states in his most recent notice that, while he does not possess the name and address of the hernia mesh manufacturer, defendant Wexford does possess that information.  *See* Doc. 28 at 3.  The Court will therefore order Wexford to disclose the name and address of the hernia mesh manufacturer if known to Wexford. *See Roper v. Grayson*, 81 F.3d 124, 126 (10th Cir. 1996) ("Courts have generally recognized the ability of a plaintiff to use unnamed defendants so long as the plaintiff provides an adequate description of some kind which is sufficient to identify the person involved so process eventually can be served."); *Valentin v. Dinkins*, 121 F.3d 72, 75 (2d Cir. 1997) (noting that "appellate courts have found error in a trial court's refusal to assist a *pro se* plaintiff in identifying a defendant," especially "where the plaintiff is incarcerated, and is thus unable to carry out a full

pre-trial investigation"); *Donald v. Cook Cnty. Sheriff's Dep't*, 95 F.3d 548, 555–56 (7th Cir. 1996) ("To the extent the plaintiff faces barriers to determining the identities of the unnamed defendants, the court must assist the plaintiff in conducting the necessary investigation," such as "by ordering the named defendants to disclose the identities of unnamed officials involved."). Wexford shall file a notice with the Court no later than March 16, 2026, containing either the name and address of the hernia mesh manufacturer or an explanation that this information is unknown to Wexford.

In summary:

1. Mr. Luna shall provide an address for defendant LNP Klinger no later than **Monday, March 16, 2026**.

2. Wexford Health Solutions, Inc., is ordered to file a notice with the Court containing defendant Hernia Mesh Manufacturer's name and address, or else an explanation that this information is unknown to Wexford, no later than **Monday, March 16, 2026**.

3. The Clerk of the Court is directed to mail a copy of this order, a waiver of service form, and the Notice of Removal (Doc. 1) and its attached exhibits (Doc. 1-1; Doc. 1-2; Doc. 1-3; Doc. 1-4; Doc. 1-5; Doc. 1-6) to Dr. J. Zhu and Dr. Dieter Dennig at the addresses provided above.

Laura Fashing
United States Magistrate Judge

3