IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE BEN LUNA,

      Plaintiff,

v.                                      Case No. 2:25-cv-00133-KWR-LF

WEXFORD HEALTH SOURCES, INC.,
et al.

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on January 16, 2026, regarding plaintiff Jesse Ben Luna's Motion for Default

Judgment (Doc. 5).  Doc. 21.  The PFRD notified the parties of their ability to file objections

within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at 3.  To date, the

parties have not filed any objections.

      Wherefore,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 21) are ADOPTED;

2.      Mr. Luna's Motion for Default Judgment is DENIED.


                          /S/ KEA W. RIGGS
                        UNITED STATES DISTRICT JUDGE